```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
TRUSTEES OF THE NEW YORK CITY DISTRICT                            :
COUNCIL OF CARPENTERS PENSION FUND,                               :
WELFARE FUND, ANNUITY FUND, AND                                   :     25-CV-3398 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING,                            :
EDUCATIONAL AND INDUSTRY FUND et al.,                             :     ORDER
                                                                  :
                               Petitioners,                       :
                                                                  :
              -v-                                                 :
                                                                  :
                                                                  :
ALUNIQUE CONSTRUCTION CORP.,                                      :
                                                                  :
                               Respondent.                        :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On April 24, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **May 15, 2025**. Respondent's opposition, if any, is due on **June 6, 2025**. Petitioners' reply, if any, is due **June 13, 2025**.

Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **May 15, 2025**, and shall file an affidavit of such service with the court no later than **May 16, 2025**.

SO ORDERED.

Dated: April 28, 2025
       New York, New York
                                                  _____
                                                  JESSE M. FURMAN
                                                  United States District Judge