UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND :
APPRENTICESHIP, JOURNEYMAN RETRAINING, :   25-CV-3398 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al., :
:              ORDER
Petitioners, :
:
-v- :
:
ALUNIQUE CONSTRUCTION CORP., :
:
Respondent. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 28, 2025 Order, ECF No. 7, Respondent was required to file any opposition to Petitioners' Petition to Confirm an Arbitration Award ("Petition") no later than June 6, 2025. To date, Respondent has not appeared in this action. As a courtesy, the deadline for Respondent to oppose the Petition is hereby EXTENDED, *nunc pro tunc*, to **June 18, 2025**. If Respondent fails to oppose by that deadline, then the Court will deem the Petition unopposed.

      Petitioners are directed to serve a copy of this Order electronically and/or by first-class mail on Respondent and to file proof of such service by **June 13, 2025.**

      SO ORDERED.

Dated: June 11, 2025
       New York, New York
                                  _____
                                      JESSE M. FURMAN
                                      United States District Judge