UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                                      :

TRUSTEES OF THE NEW YORK CITY DISTRICT  :
COUNCIL OF CARPENTERS PENSION FUND,  :
WELFARE FUND, ANNUITY FUND, AND  :
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :        25-CV-3398 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al.,  :
                                       :           __ORDER__

                          Petitioners,     :

                -v-                  :
                                       :

ALUNIQUE CONSTRUCTION CORP.,  :
                                       :

                        Respondent.    :

--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 23, 2025 Memorandum Opinion and Order, ECF No. 13,
Petitioners were required to file their Proposed Judgment, the contents of which are described
therein, no later than June 27, 2025.  To date, Petitioners have not filed their Proposed Judgment.
As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 8, 2025**.  Failure to
file the Proposed Judgment by that deadline may result in the case being dismissed for failure to
prosecute and/or as abandoned.

      SO ORDERED.

Dated: July 1, 2025
      New York, New York                  _____
                                           JESSE M. FURMAN
                                   United States District Judge