UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK, <br><br> Petitioners, <br><br> -against- <br><br> ALUNIQUE CONSTRUCTION CORP. a/k/a ALUNIQUE CONSTRUCTION, INC, <br><br> Respondent. | 25 CV 3398 (JMF) <br><br> **ORDER AND JUDGMENT** |

Petitioners having filed a verified petition to confirm an arbitration award (the "Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the December 12, 2024 arbitration award (the "Award") is confirmed, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Awarding Petitioners $47,649.01, plus interest from December 12, 2024, the date of the Award, at an annual rate of 9%, totaling $2,373.31 pursuant to the Award;

3. Awarding Petitioners $128 in costs arising out of this proceeding;

4. Awarding Petitioners $4,104 in attorneys' fees arising out of this proceeding; and

5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York           By: _____
       July 2 , 2025                  Hon. Jesse M. Furman, U.S.D.J.

All conferences are canceled.  All motions are moot.  The Clerk of Court is directed to close the case.

-2-